IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| TERRY J. LUTZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHRISTOPHER MILLER,<br>DEXTER ETHANOL, LLC, an Iowa limited liability company,<br>TAMA ETHANOL, LLC, an Iowa limited liability company, and<br>ALPHA HOLDINGS, LLC, an Iowa limited liability company,<br><br>　　　　Defendants. | NO. 4:09-cv-135-RP-TJS<br><br><br><br>**STIPULATED DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties by their respective attorneys stipulate that this action shall be dismissed in its entirety without prejudice and without assessment of costs against any party.


/s/ *Richard R. Malm*
Richard R. Malm
Megan J. Erickson
Dickinson, Mackaman, Tyler & Hagen, P.C.
699 Walnut Street, Suite 1600
Des Moines, IA 50309-3986
E-mail: rmalm@dickinsonlaw.com
　　　　merickson@dickinsonlaw.com

ATTORNEYS FOR DEFENDANTS

/s/ *Rachel T. Rowley*
Douglas E. Gross
Rachel T. Rowley
BROWN, WINICK, GRAVES, GROSS
BASKERVILLE AND SCHOENEBAUM, PLC
666 Grand Avenue, Suite 2000
Des Moines, Iowa 50309
Phone: 515-242-2400
Facsimile: 515-283-0231
Email: gross@brownwinick.com
　　　　rowley@brownwinick.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 30th day of June, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which, pursuant to Local Rule 5.3(k)(1), will send a notice of electronic filing to the following:

Richard R. Malm
Megan J. Erickson
Dickinson, Mackaman, Tyler & Hagen, P.C.
699 Walnut Street, Suite 1600
Des Moines, IA 50309-3986
E-mail: rmalm@dickinsonlaw.com
merickson@dickinsonlaw.com

ATTORNEYS FOR RESPONDENT      /s/ Rachel T. Rowley
                              Rachel T. Rowley